IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02582-REB-MEH

JAMES P. HILL,

    Plaintiff,

v.

INTERGRAPH GOVERNMENT SOLUTIONS CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 15, 2012**.

    For good cause shown, the Joint Motion for Protective Order [filed February 14, 2012; docket #11] is **granted**. The Stipulated Protective Order is accepted and issued contemporaneously with this minute order.